```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
          Plaintiffs,         )
                              )            4:06CR3128
     v.                       )
                              )
KATIE L. BOYSEN and           )
ALICIA M. OLSEN,              )            ORDER
                              )
          Defendants.         )
                              )
```

Trial as to the above defendants should have been set on the same date, but trials were inadvertently set on different dates.

IT THEREFORE HEREBY IS ORDERED,

Trial as to **both defendants** will be held on December 18, 2006 for a duration of three trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 20th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge