```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:06CR3128 |
| v. | ) | |
| | ) | |
| KATIE L. BOYSEN and | ) | |
| ALICIA M. OLSEN, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon the reassignment of this case to United States Senior District Judge Warren K. Urbom,

IT IS ORDERED:

1. Trial is set for December 18, 2006 at 9:00 a.m. for a duration of three trial days before the Honorable Warren K. Urbom in Courtroom 4, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2. All other provisions of the court's earlier progression orders remain in effect.

DATED this 26th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge